SCANNED

Eric Owens, Plaintiff
14 Butler Street
Glen Cove NY 11542
347-724-060
Ericowens90@yahoo.com

Dated March 23, 2026

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 25 2026   ★

LONG ISLAND OFFICE

Hon. Joan M. Azrack
Magistrate Judge Steven L. Tiscione

ERIC OWENS vs GARDEN CITY, et al.,
Case No. 23-cv-7730 (JMA)

RECEIVED

MAR 2 5 2026

EDNY PRO SE OFFICE

**Notice of Appeal**

Please take notice that this Plaintiff intends to appeal the ruling of the Court, denying Plaintiff's motion to disqualify Counsel for the defendants for misconduct, abuse of authority, retaliation and intimidation for amongst other serious offenses, order my family and friends, via a fake judicially defective Subpoena to bring discovery to their office 0n 3/22/26, or face consequences.

Plaintiff complained via email to Counsel and Counsel threatened my family that he would do it again if they did not come. Counsel's language in the email which included the Director and CEO of both locations is clear and threatening directly at them.

Well, your Honor, under Counsel's threats they went to the location, which was CLOSED., **in fact the missed Sunday Services to come to the location Counsel demanded.**

Once again Counsel has shot themselves in the foot, with not 1 but 2, Sunday Subpoenas' (unprecedented) and once again the have been allowed to get away with it.



Eric Owens, Plaintiff

14 Butler Street
Glen Cove NY 11542
347-724-060
Ericowens90@yahoo.com

CC:
Steven Stern
Samantha Velez
179 Westbury Ave,
Carle Place, NY 11514

Steven Stern
From:sstern@sokoloffstern.com
To:Eric owens,Irma Jeanty,Eric WINGATE,Boo 5166695972
Cc:Samantha Velez
Fri, Feb 13 at 10:22 AM
This is not a fake subpoena. As attorneys we are authorized officers of the court with subpoena power.
Federal Rule of Civil Procedure 45(c) states:
(3) *Issued by Whom*. The clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it. That party must complete it before service. **An attorney also may issue and sign a subpoena if the attorney is authorized to practice in the issuing court.**

The subpoena erroneously stated **Southern** District of New York but should have indicated **Eastern** District of New York, although it had the correct docket number for the Eastern District of New York.

# If you intend not to comply because of this error, we will issue a new subpoena. Please let me know. Otherwise, please produce Mr. Owens' employment file.

## Steven C. Stern
SOKOLOFF STERN LLP
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500 ext. 102 (phone)
(516) 280-3845 (direct)
(516) 334-4501 (fax)

1592

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| ERIC OWENS | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  23-cv-07730 (JMA)(ST) |
| THE INCORPORATED VILLAGE OF GARDEN CITY, ET AL. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      Glen Cove Gardens 145 Mason Drive Glen Cove, NY 11542

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **All job applications, employment records, correspondence, notes, and other materials relating to Eric T. Owens**

| Place: Sokoloff Stern LLP 179 Westbury Avenue, Carle Place, NY 11514 | Date and Time: 3/22/2026 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      02/12/2026

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR

*Samantha Velez*
_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   All Defendants , who issues or requests this subpoena, are:

Samantha Velez, 179 Westbury Avenue, Carle Place, New York 11514

(516) 334-4500, svelez@sokoloffstern.com.

Notice to the person who issues or requests this subpoena

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

APPEAL,DJI,NPROSE

## U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:23–cv–07730–JMA–ST

Owens v. The Incorporated Village of Garden City et al
Assigned to: Judge Joan M. Azrack
Referred to: Magistrate Judge Steven Tiscione
related Cases: 2:15–cv–00492–JMA–AKT
                2:15–cv–02443–JMA–AKT
                2:19–cv–05314–JMA–AKT
                2:19–cv–05333–JMA–AKT
                2:21–cv–04841–JMA–ST
                2:25–cv–02399–JMA–ST
                2:26–cv–01487–RER–ST
Cause: 42:1983 Civil Rights Act

Date Filed: 10/13/2023
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Eric Owens**

represented by **Eric Owens**
14 Butler Street
Apt. 2C
Glen Cove, NY 11542
347–724–0609
PRO SE

V.

**Defendant**

**The Incorporated Village of Garden City**

represented by **Steven C. Stern**
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, NY 11514
(516)334–4500
Fax: (516)334–4501
Email: sstern@sokoloffstern.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Velez**
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, NY 11514
516–334–4500
Fax: 516–334–4501
Email: svelez@sokoloffstern.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**County of Nassau**
*TERMINATED: 01/16/2024*

represented by **Brian P. McLaughlin**
Office of the Nassau County Attorney
NY
1 West Street
Ste 263
Mineola, NY 11501
516–571–6745
Email: bmclaughlin@nassaucountyny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth O. Jackson**
*Police Commission, GCPD*

represented by **Steven C. Stern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Velez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Russell Police Officer**
*Garden City Police, GCPD*

represented by **Steven C. Stern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Velez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sergeant Punch**
*GCPD*

represented by **Steven C. Stern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Velez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**All Police Officers in the video, John Doe's**
*GCPD*
*TERMINATED: 01/16/2024*

**Defendant**

**Supervisor / Officer that hung up the phone**
*GCPD*
*TERMINATED: 01/16/2024*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2023 | 1 | COMPLAINT against All Defendants Was the Disclosure Statement on Civil Cover Sheet completed –No,, filed by Eric Owens. (Attachments: # 1 Sealing Cover Sheet, # 2 Exhibits, # 3 Civil Cover Sheet) (DC) (Entered: 10/25/2023) |
| 10/17/2023 | | FILING FEE: $ 402.00, receipt number 200002448 (DC) (Entered: 10/25/2023) |
| 10/25/2023 | 2 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf (DC) (Entered: 10/25/2023) |

| | | |
|---|---|---|
| 10/25/2023 | 3 | Notice of Related Cases: 15–cv–492–JMA–AKT, 15–cv–2443–JMA–AKT, 19–cv–5314–JMA–AKT, 19–cv–5333–JMA–AKT and 21–cv–4841–JMA–ST **The Civil Cover Sheet filed in this civil action indicates a related case.** (DC) (Entered: 10/25/2023) |
| 10/31/2023 | 4 | SUMMONS ISSUED as to All Police Officers in the video, John Doe's, County of Nassau, Kenneth O. Jackson, Punch, Russell Police Officer, Supervisor / Officer that hung up the phone, The Incorporated Village of Garden City. (LC) (Entered: 11/01/2023) |
| 11/27/2023 | 6 | MOTION to Dismiss *the 3 tickets* by Eric Owens. (Attachments: # 1 State of New York County of Nassau/Affidavit in Support of Motion to Dismiss) (LC) Modified on 4/18/2024 to reopen as per chambers (LC). (Entered: 11/28/2023) |
| 11/28/2023 | 5 | ORDER: On October 13, 2023, Eric Owens ("Plaintiff"), acting pro se, filed a complaint and, on October 17, 2023, remitted the Court's filing fee. (See ECF No. 1 ; Receipt No. 200002448.) On October 31, 2023, a summons was issued. (ECF No. 4 .) Rule 4(m) of the Federal Rules of Civil Procedure provides: <br><br> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff– must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. <br><br> Accordingly, if service is not made upon the defendants by January 11, 2024, or Plaintiff fails to show good cause why such service has not been affected, the complaint will be dismissed without prejudice. Plaintiff is to provide a copy of this Order to the defendants along with the summonses and complaint and shall file proof of service with the Court within fourteen (14) days of service. Plaintiff is required to advise the Clerk of Court of any changes of address. Failure to keep the Court informed of Plaintiffs current address may result in dismissal of the case. So Ordered by Judge Joan M. Azrack on 11/28/2023. c/m to pro se plaintiff (LC) Modified on 11/28/2023 (LC). (Entered: 11/28/2023) |
| 12/01/2023 | 7 | SUMMONS Returned Executed by Eric Owens. County of Nassau served on 12/4/2023, answer due 12/25/2023. (LC) (Entered: 12/07/2023) |
| 12/01/2023 | 8 | SUMMONS Returned Executed by Eric Owens. Russell Police Officer served on 12/4/2023, answer due 12/25/2023. (LC) (Main Document 8 replaced on 12/7/2023) (LC). (Entered: 12/07/2023) |
| 12/01/2023 | 9 | SUMMONS Returned Executed by Eric Owens. Kenneth O. Jackson served on 12/4/2023, answer due 12/25/2023. (LC) (Entered: 12/07/2023) |
| 12/01/2023 | 10 | SUMMONS Returned Executed by Eric Owens. Punch served on 12/4/2023, answer due 12/25/2023. (LC) (Entered: 12/07/2023) |
| 12/01/2023 | 11 | SUMMONS Returned Executed by Supervisor / Officer that hung up the phone. Supervisor / Officer that hung up the phone served on 12/4/2023, answer due 12/25/2023. (LC) (Entered: 12/07/2023) |
| 12/01/2023 | 12 | SUMMONS Returned Executed by Eric Owens. The Incorporated Village of Garden City served on 12/4/2023, answer due 12/25/2023. (LC) (Entered: 12/07/2023) |
| 12/20/2023 | 13 | Letter MOTION for pre motion conference *for motion to dismiss* by County of Nassau. (McLaughlin, Brian) (Entered: 12/20/2023) |
| 12/26/2023 | 14 | ANSWER to 1 Complaint by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City. (Stern, Steven) (Entered: 12/26/2023) |
| 12/29/2023 | | ORDER. Defendants filed a pre–motion conference letter regarding an anticipated motion to dismiss on 12/20/2023. (ECF No. 13.) Under the Court's Individual Rules, Pro Se Plaintiff's response was due 12/27/2023, but to date, no response has been filed. Accordingly, Pro Se Plaintiff shall respond to Defendants' letter, in a letter not to exceed three pages, by 1/8/2024. Failure to comply with this order may result in dismissal of this action for failure to prosecute. The Clerk of Court is directed to mail a copy of this Order and ECF No. 13 to the Pro Se Plaintiff at his address of record. |

| | | |
|---|---|---|
| | | Ordered by Judge Joan M. Azrack on 12/29/2023. (JSB) (Entered: 12/29/2023) |
| 01/08/2024 | 15 | Letter MOTION to Withdraw *defendants 1) County of Nassau/Nassau County; 2) All Police Officers in the video (John Doe); and 3) Supervisor/Officer that hung up the phone from my claim and request to move forward with the remaining defendants* by Eric Owens. (Attachments: # 1 Mailing Envelope) (LC) (Entered: 01/09/2024) |
| 01/16/2024 | | ORDER granting 15 Motion to Withdraw. The Court grants Pro Se Plaintiff's motion to withdraw defendants 1) County of Nassau/Nassau County; 2) All Police Officers in the video (John Doe); and 3) Supervisor/Officer that hung up the phone from my claim. The Court also grants Pro Se Plaintiff's request to move forward against the remaining defendants. Accordingly, Defendant Nassau County's letter motion for pre−motion conference (DE 13 ) is denied as moot. The Clerk of Court is directed to mail a copy of this Order to the Pro Se Plaintiff at his address of record. Ordered by Judge Joan M. Azrack on 1/16/2024. (JSB) (Entered: 01/16/2024) |
| 01/16/2024 | | ORDER finding as moot 13 Motion for Pre Motion Conference. In light of the Court's 1/16/2024 Order, Defendant Nassau County's letter motion for pre−motion conference is denied as moot. The Clerk of Court is directed to mail a copy of this Order to the Pro Se Plaintiff at his address of record. Ordered by Judge Joan M. Azrack on 1/16/2024. (JSB) (Entered: 01/16/2024) |
| 01/16/2024 | | ORDER denying without prejudice 6 Motion to Dismiss.<br><br>Judge Azrack's Individual Rules provide that "a pre−motion conference is required before making any motion addressed to Judge Azrack." See Individual Rule IV.B. Pro Se Plaintiff's motion, ECF No. 6 , was filed without first requesting a pre−motion conference. The motion also fails to comply with the bundling rule set forth in Judge Azrack's Individual Rules, which states that, with certain exceptions not relevant here, "no motion papers shall be filed on ECF until the motion is fully briefed." See Individual Rule IV.G(2). Accordingly, Pro Se Plaintiff's motion is denied without prejudice for failure to comply with this Court's Individual Rules.<br><br>The Clerk of Court is directed to mail a copy of this Order to the Pro Se Plaintiff at his address of record.<br><br>Ordered by Judge Joan M. Azrack on 1/16/2024. (JSB) (Entered: 01/16/2024) |
| 01/31/2024 | 16 | NOTICE of Appearance by Samantha Velez on behalf of Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City (aty to be noticed) (Velez, Samantha) (Entered: 01/31/2024) |
| 01/31/2024 | 17 | MOTION for Hearing by Eric Owens. (LC) (Entered: 02/05/2024) |
| 03/04/2024 | 18 | MOTION for Reconsideration re Order dated 1/16/2024 denying Plaintiff's 6 Motion to Dismiss by Eric Owens. (LC) (Entered: 03/05/2024) |
| 04/18/2024 | | ORDER denying 17 Motion for Hearing; granting 18 Motion for Reconsideration. The Court grants Pro Se Plaintiff's Motion for Reconsideration of the Court's January 16, 2024 Order dismissing his Motion to Dismiss (DE 6 ) without prejudice for failure to comply with the undersigned's Individual Rules.<br><br>Defendants are directed to respond to Pro Se Plaintiff's Motion to Dismiss (DE 6 ) no later than May 9, 2024 and serve a copy of its response onto Plaintiff. Defendants are directed to file proof of service on ECF. Pro Se Plaintiff may Reply, if he has any, no later than May 23, 2024. The Clerk of Court is directed to mail a copy of this Order to the Pro Se Plaintiff at his address of record.<br><br>Ordered by Judge Joan M. Azrack on 4/18/2024. (JSB) (Entered: 04/18/2024) |
| 05/09/2024 | 19 | AFFIDAVIT/AFFIRMATION *of sevice re Opposition to DE6* by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City (Velez, Samantha) (Entered: 05/09/2024) |
| 05/15/2024 | 20 | Fully Briefed MOTION to Dismiss by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City. (Attachments: # 1 Defendants' Declaration in Opposition, # 2 Exhibit A, # 3 Memorandum in Opposition, # 4 |

| | | Plaintiff's Reply) (Velez, Samantha) (Entered: 05/15/2024) |
|---|---|---|
| 05/17/2024 | 21 | REPLY to defendant's Motion in Opposition filed by Eric Owens. (LC) (Entered: 05/20/2024) |
| 07/16/2024 | 22 | LETTER dated 7/16/2024 from K. Santana to pro se litigant. The enclosed letter is/are being returned without docketing or consideration for the following reason(s); Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears. (LC) (Entered: 07/17/2024) |
| 08/29/2024 | 23 | Copy of LETTER dated 8/25/2024 from Eric Owens to Senator Chuck Schumer of New York and NYS legislators re seeking to amend traffic violations statute. (LC) (Additional attachment(s) added on 8/30/2024: # 1 Page 8 to Letter restricted to court users and case participants pursuant to Judge Azrack's pro se submission guidelines and the E–Govt Act) (LC). (Entered: 08/30/2024) |
| 11/08/2024 | 24 | MEMORANDUM & ORDER: Plaintiff's Motion to Dismiss the three traffic summonses is DENIED. The Clerk of the Court is respectfully directed to mail a copy of this Memorandum and Order to pro se Plaintiff at his address of record and file proof of service on the docket. Additionally, this case is stayed until after the disposition of Plaintiff's underlying state court proceedings. The Clerk of the Court shall administratively close this case. Plaintiff may request, in writing, that this case be reopened within two (2) weeks of the conclusion of his state court proceedings, if so warranted at that time. SEE ATTACHED ORDER for details. So Ordered by Judge Joan M. Azrack on 11/8/2024. c/m to pro se pltff (LC) (Entered: 11/08/2024) |
| 11/08/2024 | | Incomplete ACO Case Termination/Statistical/Non Reportable Closing. (LC) (Entered: 11/08/2024) |
| 11/14/2024 | 25 | MOTION for Recusal *of Judge Azrack* by Eric Owens. (Attachments: # 1 Affidavit in Support) (LC) (Entered: 11/15/2024) |
| 11/22/2024 | | ORDER denying 25 Motion for Recusal. On 11/8/2024, the Court issued an Order denying pro se Plaintiff's motion to dismiss three traffic tickets in the Garden City Village Justice Court and staying this case until after the disposition of Plaintiff's underlying state court proceedings. (ECF No. 24 .) On 11/14/2024, Plaintiff filed a Motion for Recusal, (ECF No. 25 ), requesting the recusal of Judge Azrack from this case. <br><br> In support of his motion for recusal, Plaintiff references phone calls that he made to Judge Azrack's chambers with regards to this case and a prior case and notes that Judge Azrack's clerk appeared to be "siding with the defendant's attorney" in the phone call concerning a prior case. (See ECF No. 25 at 2.) In alleging that the Court is biased, Plaintiff also states that Judge Azrack's clerk advised Plaintiff to submit a written letter memorandum instead of making phone calls to Chambers. (See id. at 4.) Plaintiff's disagreement with the Court's handling of this case, unaccompanied by any allegations or evidence of statements or actions exhibiting bias, does not provide a basis for recusal. See, e.g., Gottlieb v. U.S. Sec. & Exch. Comm'n, 723 Fed. App'x 17, 19–20 (2d Cir. 2018) (no basis for recusal where plaintiff "does not suggest that [the] Judge made any statements or took any actions exhibiting bias"); Chen v. Chen Qualified Settlement Fund, 552 F.3d 218, 227 (2d Cir. 2009) ("[A]dverse rulings, without more, will rarely suffice to provide a reasonable basis for questioning a judge's impartiality."); Moskovits v. Moskovits, 150 Fed. App'x 101, 102 (2d Cir. 2005) ("Plaintiffs have failed to show a basis for recusal, as their allegations fail to demonstrate any deep–seated favoritism or antagonism that would make fair judgment impossible... as opposed to disagreement with decisions made by [the] Judge in his judicial role."). <br><br> Therefore, pro se Plaintiff's motion for recusal is DENIED. As set forth in the Court's 11/8/2024 Order, (ECF No. 24 ), this case is stayed until after the disposition of Plaintiff's underlying state court proceedings. The Clerk of the Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at his address of record. Ordered by Judge Joan M. Azrack on 11/22/2024. (AJS) (Entered: 11/22/2024) |
| 11/25/2024 | 26 | NOTICE of Change of Address. (Docket Entry Has Been Updated) (KS) (Entered: 11/26/2024) |

| 11/25/2024 | 28 | MOTION for Leave to Appeal in forma pauperis by Eric Owens. (KS) (Entered: 11/26/2024) |
|---|---|---|
| 11/26/2024 | 27 | NOTICE OF APPEAL as to 24 Order on Motion to Dismiss, by Eric Owens. (KS) (Entered: 11/26/2024) |
| 11/26/2024 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 27 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (KS) (Entered: 11/26/2024) |
| 12/20/2024 | 29 | CERTIFIED ORDER of USCA Case No. 24–3098 as to 27 Notice of Appeal filed by Eric Owens. The fee default order this Court issued on December 13, 2024, issued in error. A motion for leave to appeal in forma pauperis is currently pending in the district court. IT IS HEREBY ORDERED that the order is vacated. (DC) (Entered: 12/20/2024) |
| 01/03/2025 | 30 | ORDER denying 28 Motion for Leave to Appeal in forma pauperis. Plaintiff's motion for leave to appeal in forma pauperis is denied. Pursuant to Rule 24(a)(4) of the Federal Rules of Appellate Procedure, the Clerk of the Court shall serve notice of entry of this order upon both parties and immediately notify the United States Court of Appeals for the Second Circuit of this decision. Pursuant to Rule 24(a)(5) of the Federal Rules of Appellate Procedure, Plaintiff may file a motion for leave to proceed on appeal in forma pauperis in the United States Court of Appeals for the Second Circuit within thirty (30) days after the Clerk of this Court serves notice of entry of this order upon him. The Court has reviewed the record and again certifies that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal from the November 8, 2024 Memorandum and Order or this Order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). Accordingly, Plaintiff's application for leave to appeal in forma pauperis on appeal is denied. Ordered by Judge Joan M. Azrack on 1/3/2025. (LF) (Entered: 01/03/2025) |
| 01/03/2025 | | Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 27 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (LF) (Entered: 01/03/2025) |
| 04/02/2025 | 31 | MOTION to Reopen Case , MOTION for pre motion conference *to reopen the case to file amended complaint* by Eric Owens. (Attachments: # 1 Proposed amended complaint, # 2 mailing envelope) (LF) (Additional attachment(s) added on 4/4/2025: # 3 Pages 52 and 53 of proposed amended complaint– contains e–goverment protected information, # 4 Pages 58 and 59 of proposed amended complaint– contains e–goverment protected information, # 5 Pages 79 and 80 of proposed amended complaint– contains e–goverment protected information) (LF). (Entered: 04/04/2025) |
| 04/11/2025 | 33 | Letter from Eric Owens courtesy copy. (KS) (Entered: 04/16/2025) |
| 04/15/2025 | 32 | RESPONSE in Opposition re 31 MOTION to Reopen Case MOTION for pre motion conference *to reopen the case to file amended complaint* filed by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City. (Attachments: # 1 Appendix A– Emails, # 2 Appendix B– December 4, 2023 letter) (Stern, Steven) (Entered: 04/15/2025) |
| 04/23/2025 | 34 | LETTER dated 4/19/2025 from Eric Owens. (LC) (Entered: 04/23/2025) |
| 04/29/2025 | 35 | MANDATE of USCA 24–3098 as to 27 Notice of Appeal filed by Eric Owens. Appellant, pro se, moves to withdraw this appeal. IT IS HEREBY ORDERED that the motion to withdraw is GRANTED. The appeal is hereby deemed withdrawn. Appellant's motion for leave to proceed in forma pauperis and for other relief (docket entry 23) is DENIED as moot. (KS) (Entered: 04/29/2025) |
| 05/01/2025 | 36 | Notice of Related Case: 25–CV–02399 **The Case was directly assigned as a related Pro Se/Habeas Case.** (KS) (Entered: 05/01/2025) |
| 05/15/2025 | | ORDER denying 31 Motion to Reopen Case and for Pre Motion Conference. This case was stayed and administratively closed pending the disposition of plaintiff's traffic court summonses. (ECF No. 24 .) As represented by both parties, Plaintiff's traffic court matter remains pending in the Garden City Justice Court. Therefore, this case |

| | | |
|---|---|---|
| | | will remain stayed until after the disposition of Plaintiff's underlying state court proceedings. Furthermore, as it relates to this case, the parties shall refrain from emailing and otherwise communicating with each other except to provide each other with court documents, filings, and information necessary for the case. The Clerk of the Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at his address of record. Ordered by Judge Joan M. Azrack on 5/15/2025. (AJS) (Entered: 05/15/2025) |
| 09/29/2025 | 37 | MOTION to Reopen Case by Eric Owens. (LC) (Additional attachment(s) added on 10/1/2025: # 1 Nassau County District Court – Certificate of Disposition – Restricted to case participants pursuant to Judge Azrack's pro se guidance) (LC). (Entered: 10/01/2025) |
| 10/01/2025 | | ORDER: By 10/8/2025, Defendants shall respond to Plaintiff's motion to re–open the case. Ordered by Judge Joan M. Azrack on 10/1/2025. (AJS) (Entered: 10/01/2025) |
| 10/08/2025 | 38 | RESPONSE to Motion re 37 MOTION to Reopen Case filed by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City. (Velez, Samantha) (Entered: 10/08/2025) |
| 10/15/2025 | | ORDER granting 37 Motion to Reopen Case. Given Plaintiff's representation that the state court proceedings underlying his claims in this case have concluded, the Court lifts the stay in this case.<br><br>Separately, the parties are referred to Magistrate Judge Tiscione regarding Defendants' request that the Court order Plaintiff to execute a NY CPL § 160.50 release for the unsealing of the files from the underlying traffic court proceedings. (See ECF No. 38 .) Ordered by Judge Joan M. Azrack on 10/15/2025. (AJS) (Entered: 10/15/2025) |
| 10/21/2025 | | SCHEDULING ORDER re Order on Motion to Reopen Case. A telephone conference will be held at 11:00 a.m. on November 5, 2025 before the undersigned. The Plaintiff and counsel for Defendants must participate and shall connect to the conference through dial–in number 571–353–2301 with ID#179933855.<br><br>The Plaintiff in this case is proceeding pro se and is not registered to receive notifications electronically. Accordingly, counsel for Defendants is directed to immediately forward a copy of this Order to the Plaintiff via United States Postal Certified mail and file proof of delivery with the Court. So Ordered by Magistrate Judge Steven Tiscione on 10/21/2025. (LV) (Entered: 10/21/2025) |
| 10/22/2025 | 39 | AFFIDAVIT of Service for Scheduling Order re Order on Motion to Reopen Case served on Eric Owens on 10/22/2025, filed by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City. (Stern, Steven) (Entered: 10/22/2025) |
| 11/05/2025 | 40 | Minute Entry for Telephone Conference held on 11/5/2025 before Magistrate Judge Steven Tiscione: Owens, pro se Plaintiff; Stern for Defendants. Plaintiff shall provide Defendants with the signed CPLR 160.50 release so that Defendants can obtain the complete files for the underlying traffic cases and disclose them to Plaintiff. Parties will exchange all paper discovery by January 9, 2026. The Court will hold a telephone conference on January 16, 2026 at 10:00 a.m. Parties shall use the same call–in information to access the call.<br><br>COUNSEL FOR DEFENDANTS IS DIRECTED TO IMMEDIATELY FORWARD A COPY OF THIS ORDER TO THE PLAINTIFF, WHO IS PROCEEDING PRO SE, AND FILE PROOF OF SERVICE WITH THE COURT. (Cisco (11:00 – 11:10).) (LV) (Entered: 11/05/2025) |
| 11/06/2025 | 41 | AFFIDAVIT of Service for Minute Entry for telephone conference held on 11/5/25 before Judge Steven Tiscione served on Eric Owens on 11/5/25, filed by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City. (Stern, Steven) (Entered: 11/06/2025) |
| 11/10/2025 | 42 | Letter *to Magistrate requesting Court to "so–order" subpoena* by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City (Attachments: # 1 Appendix Subpoena and Release Form) (Stern, Steven) (Entered: 11/10/2025) |

| | | |
|---|---|---|
| 12/03/2025 | 43 | MOTION for Sanctions , MOTION for Summary Judgment by Eric Owens. (Attachments: # 1 Motion for Summary Judgment) (LC) (Additional attachment(s) added on 12/4/2025: # 2 Exhibits – Restricted to Case Participants pursuant to Pro se Department) (Additional attachment(s) added on 12/4/2025: # 3 Certificate of Service) (LC). (Additional attachment(s) added on 12/4/2025: # 4 Mailing Envelope) (LC). (Entered: 12/04/2025) |
| 12/29/2025 | 44 | Letter *to Judge regarding Plaintiff's pending motions* by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City (Stern, Steven) (Entered: 12/29/2025) |
| 12/29/2025 | 45 | MOTION for Extension of Time to Complete Discovery *to Judge Steven L. Tiscione* by Eric Owens. (LC) (Main Document 45 replaced on 12/30/2025) (LC). (Entered: 12/30/2025) |
| 12/29/2025 | 46 | LETTER from Eric Owens re Copy of 45 Motion for an Extension for Discovery to Judge Joan M. Azrack. (LC) (Entered: 12/30/2025) |
| 12/30/2025 | | ORDER deferring ruling on 45 Motion for Extension of Time to Complete Discovery. Counsel for Defendants shall file a response to Plaintiff's motion by January 5, 2026 and provide a copy of the response to Plaintiff. So Ordered by Magistrate Judge Steven Tiscione on 12/30/2025. (LV) (Entered: 12/30/2025) |
| 12/31/2025 | 47 | RESPONSE to Motion re 45 MOTION for Extension of Time to Complete Discovery *to Judge Steven L. Tiscione* filed by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City. (Stern, Steven) (Entered: 12/31/2025) |
| 01/02/2026 | | ORDER deferring ruling on 45 Motion for Extension of Time to Complete Discovery. A motion hearing will be held at 10:30 a.m. on January 9, 2026 before the undersigned. The plaintiff and counsel for defendants must participate and shall connect to the conference through dial–in number 571–353–2301 with ID#179933855. |
| | | The plaintiff in this case is proceeding pro se and has not registered to receive electronic notifications. Accordingly, counsel for Defendants is directed to immediately forward a copy of this Order to the Plaintiff via return receipt delivery and file proof of delivery with the Court. |
| | | So Ordered by Magistrate Judge Steven Tiscione on 1/2/2026. (LV) (Entered: 01/02/2026) |
| 01/05/2026 | 48 | AFFIDAVIT of Service for January 2, 2026 Order *to pro se Plaintiff* served on Eric T. Owens on 01/05/2026, filed by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City. (Stern, Steven) (Entered: 01/05/2026) |
| 01/12/2026 | 49 | Minute Order for Motion Hearing held on 1/9/2026 before Magistrate Judge Steven Tiscione: Owens, pro se Plaintiff; Stern for Defendants. Plaintiff's MOTION for Extension of Time to Complete Discovery 45 is granted. Parties will exchange all paper discovery by February 27, 2026. The Court will hold a telephone conference on March 17, 2026 at 10:00 a.m. The plaintiff and counsel for defendants must participate and shall connect to the conference through dial–in number 571–353–2301 with ID#179933855. The plaintiff in this case is proceeding pro se and has not registered to receive electronic notifications. Accordingly, counsel for Defendants is directed to immediately forward a copy of this Order to the Plaintiff via return receipt delivery and file proof of delivery with the Court. (Cisco (10:30 – 10:40).) (LV) (Entered: 01/12/2026) |
| 01/27/2026 | 51 | LETTER dated 1/19/2026 from Eric Owens to Judges Azrack and Tiscione. Plaintiff has found the missing, 1st part of the video taken 1/7/23, and immediately used Mrs. Velez's Dropbox link to forward to her. Plaintiff requests that the Court acknowledge receipt of the supplemental video evidence and order disclosure of the individual(s) responsible for the ex parte communication prior to ruling on pending motions. (LC) (Entered: 01/28/2026) |
| 01/27/2026 | 52 | LETTER dated 1/23/2026 from Eric Owens to Judge Azrack re Requesting new unlawful violations and the attachment be entered as part of the official record. (LC) (Entered: 01/28/2026) |

| | | |
|---|---|---|
| 02/02/2026 | 53 | MOTION to Disqualify Private Counsel Steven Stern, Esq., Samantha Velez, Esq., and the Law Firm of Sokoloff & Stern and other relief as requested herein . Filed by Eric Owens. (LC) (Main Document 53 replaced on 2/3/2026) (LC). (Entered: 02/03/2026) |
| 02/04/2026 | 54 | AFFIDAVIT of Service for Minute Order for Motion Hearing held on 1/9/2026 before Magistrate Judge Steven Tiscione served on Eric T. Owens on 02/04/2026, filed by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City. (Velez, Samantha) (Entered: 02/04/2026) |
| 02/13/2026 | | ORDER denying 43 Motion for Sanctions; denying without prejudice [43−1] Motion for Summary Judgment. Plaintiff's motion for sanctions is denied because it does not relate to any conduct by Attorney Velez before this court. Plaintiff's motion for summary judgment is denied without prejudice because it is premature, as discovery is ongoing in this case. Ordered by Judge Joan M. Azrack on 2/13/2026. (TRN) (Entered: 02/13/2026) |
| 02/17/2026 | 55 | RESPONSE in Opposition re 53 MOTION to Withdraw */Motion to Disqualify* filed by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City. (Stern, Steven) (Entered: 02/17/2026) |
| 02/19/2026 | 56 | Letter from Eric Owens to Judge Tiscione dtd 2/19/2026 regarding case (JC) (Entered: 02/20/2026) |
| 02/26/2026 | 57 | Letter *in response to docket entry 56* by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City (Velez, Samantha) (Entered: 02/26/2026) |
| 02/27/2026 | 58 | MOTION for Extension of Time to Complete Discovery by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City. (Velez, Samantha) (Entered: 02/27/2026) |
| 02/27/2026 | | ORDER granting 58 Motion for Extension of Time to Complete Discovery to March 30, 2026. So ordered by Magistrate Judge Steven Tiscione on 2/27/2026. (DVC) (Entered: 02/27/2026) |
| 03/13/2026 | 59 | Notice of Related Case: 26−cv−01487 **The Case was directly assigned as a related Pro Se/Habeas Case.** (KS) (Entered: 03/13/2026) |
| 03/16/2026 | | NOTICE: For the 3/17/26 10:00 am telephone conference before Magistrate Judge Tiscione, all parties must participate and shall connect to the conference through dial in number 571−353−2301 with **ID # 771869760**. Counsel for the defendants shall serve a copy of this notice on the pro se plaintiff forthwith and file proof of such service in the record, and ensure the plaintiff is aware of the new dial−in information. (JJT) (Entered: 03/16/2026) |
| 03/16/2026 | 60 | AFFIDAVIT of Service for NOTICE: For the 3/17/26 10:00 am telephone conference served on Eric T. Owens on 03/16/2026, filed by Kenneth O. Jackson, Punch, Russell Police Officer, The Incorporated Village of Garden City. (Velez, Samantha) (Entered: 03/16/2026) |
| 03/17/2026 | 61 | Minute Order for Telephone Conference held on 3/17/26 at 10:00 a.m. before Magistrate Judge Steven Tiscione: Owens, pro se for Plaintiff; Stern for Defendants. Plaintiff's Motion to Disqualify counsel 53 is denied. Plaintiff's motion is bare−boned, conclusory and devoid of any meaningful factual support. Accordingly, Plaintiff has not met the "heavy burden of proof" required to prevail on a motion for disqualification. *Schmidt v. American Package Company, Inc.,* 23−cv−5821 (RER)(JRC), 2024 WL 85073 (E.D.N.Y. 2024).<br><br>The deadline for completion of discovery is extended to **April 30, 2026**.<br><br>The Court will hold a telephone conference on **May 5, 2026 at 10:00 a.m.** All parties must participate and shall connect to the conference through dial in number 571−353−2301 with ID # 771869760. *Counsel for the defendants shall serve a copy of this Order on the pro se plaintiff and file proof of such service on the docket.* (Time Log: 10:00 − 10:30 via Cisco.) (JJT) (Entered: 03/17/2026) |
| 03/17/2026 | 62 | AFFIDAVIT of Service for Minute Order for 3/17/2026 Telephone Conference served on Eric T. Owens on 03/17/2026, filed by Kenneth O. Jackson, Punch, Russell Police |

| | | |
|---|---|---|
| | | Officer, The Incorporated Village of Garden City. (Velez, Samantha) (Entered: 03/17/2026) |
| 03/17/2026 | 63 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on March 17, 2026, for hearing type TELEPHONE CONFERENCE, before Judge STEVEN L. TISCIONE. Court Reporter/Transcriber Fiore Reporting and Transcription Service, Inc., Telephone number 2037326461. Email address: cmfiore@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 4/7/2026. Redacted Transcript Deadline set for 4/17/2026. Release of Transcript Restriction set for 6/15/2026. (KS) (Entered: 03/20/2026) |
| 03/25/2026 | 64 | NOTICE OF INTERLOCUTORY APPEAL as to 61 Order on Motion to Withdraw, Telephone Conference, Set Hearings, by Eric Owens. (KS) (Entered: 03/26/2026) |
| 03/25/2026 | 65 | MOTION to Compel *Request for Leave to Serve Subpoenas on Non–Parties*, MOTION for Discovery *Request to Enforce Discovery and for Related Relief* by Eric Owens. (Attachments: # 1 Motion to Enforce Discovery, # 2 Letter) (LC) (Entered: 03/26/2026) |
| 03/26/2026 | | APPEAL FILING FEE DUE re 64 Notice of Interlocutory Appeal Payment in the amount of $605.00, can be made in person to the clerks office, or mailed in or paid online with the event *Civil Case Appeal Filing Fee*. (KS) (Entered: 03/26/2026) |
| 03/26/2026 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 64 Notice of Interlocutory Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (KS) (Entered: 03/26/2026) |